Samuel C. Gentry #1858345
HUGHES UNIT
RT.2 BOX 4400
GATESVILLE,TEXAS.76597

CLERK OF THE
COURT OF CRIMINAL APPEALS
P.O.BOX 12308
AUSTIN,TX.78711

DECEMBER 21,2015

RE: DOCKET SHEET REQUEST IN CAUSE NO. 12-13-00168-CR
    P.D.R.# 1312-14 ; STATE V. Samuel C. Gentry

Dear Clerk,

   This letter is being written to request for the docket sheet
in the above-entitled and numbered cause please? I ask that you
send it to me at the following address please. My information is
as follows. Thank you for your time in advance to this matter.

                                    Best Regards;

                                    Samuel C Gentry #1858345
                                    Hughes Unit
                                    Rt.2 Box 4400
                                    Gatesville,Texas.76597
                                    U.S.A

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk